JOHN W. WILKINSON v. WILLIAM H. EARL ET AL.

*Case made—Exceptions must appear.*

The Supreme Court cannot review a case made after judgment where no exceptions appear on the record.

A case made, submitted without exceptions, is dismissed with costs.

Case made from Berrien county.    Submitted October 30.  Decided October 31.

ASSUMPSIT.    Defendants had judgment below.

*George S. Clapp* for plaintiff.

*Edward Bacon* and *D. E. Hinman* for defendants.

COOLEY, J.   This is a case made after judgment.   No exceptions whatever appear in the record, and there is consequently nothing for this court to review.

The case is dismissed with costs.

The other Justices concurred.